# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3112
LT Case No. 2024-108358-CFDB

_____

ANTHONY SCOTT PEZZA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Volusia County.
Leah Ransbottom Case, Judge.

Jonathan Edwin Mills, of Law Office of Jonathan Mills, Orlando,
for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

July 2, 2026


PER CURIAM.

    AFFIRMED.

JAY, C.J., and BOATWRIGHT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____